| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hawks Prairie Investment LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**20-2657001** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1500 79th Ave SE**<br>**Olympia, WA 98501**   ZIP CODE **98501-0000** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Thurston** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): **Real property located in Thurston County, WA** |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hawks Prairie Investment LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **Pacific Investment Group LLC** | Case Number:<br>**09-47915** | Date Filed:<br>**10/22/09** |
| District: **Western Washington** | Relationship: **50% equity holder** | Judge:<br>**The Honorable Brian D. Lynch** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>    Signature of Attorney for Debtor(s)     (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br>    _____<br>    (Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hawks Prairie Investment LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X **/s/ Timothy W. Dore**<br>_____<br>Signature of Attorney for Debtor(s)<br>**Timothy W. Dore WSBA No. 17131**<br>Printed Name of Attorney for Debtor(s)<br>**Ryan Swanson & Cleveland, PLLC**<br>Firm Name<br>**1201 Third Avenue, #3400**<br>**Seattle, WA 98101**<br>Address<br><br>**(206) 464-4224 Fax:(206) 621-7568**<br>Telephone Number<br>**May 7, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that:  1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Tri M. Vo**<br>_____<br>Signature of Authorized Individual<br>**Tri M. Vo**<br>Printed Name of Authorized Individual<br>**Manager**<br>Title of Authorized Individual<br>**April 29, 2010**<br>Date | Address<br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |

# CONSENT IN LIEU OF MEETING OF MEMBERS
## OF
# HAWKS PRAIRIE INVESTMENT LLC

Pacific Investment Group LLC, as owner of 50% of the membership interest in Hawks Prairie Investment LLC, a Washington limited liability company (the "Company"), and GBS II Investment LLC, as owner of the remaining 50% of the membership interest in the Company, hereby authorize, consent to, and adopt the actions described in the resolutions set forth below without the necessity of a meeting of the Company's Members and shall be effective and valid actions of the Company, the same as if a meeting had, in fact, been held:

RESOLVED that the Company shall seek relief under the United States bankruptcy laws and file a voluntary Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Western District of Washington at Tacoma; and be it further

RESOLVED that the Company authorizes Tri M. Vo, to execute on its behalf any and all documents necessary to effectuate or related to the commencement and continuation of a Chapter 11 bankruptcy case; and be it further

RESOLVED that the Company is authorized to retain and employ the law firm of Ryan, Swanson & Cleveland, PLLC to provide legal counsel in connection with all aspects of the Company's Chapter 11 case.

HAWKS PRAIRIE INVESTMENT LLC

Dated: _April 29, 2010_        _____
Tri M. Vo
Its Manager

PACIFIC INVESTMENT GROUP LLC

Dated: _April 29, 2010_        _____
Tri M. Vo
Its Manager

GBS II INVESTMENT LLC

Dated: _April 29, 2010_        _____
Tri M. Vo
Its Manager

# United States Bankruptcy Court
## Western District of Washington

In re    **Hawks Prairie Investment LLC**                Case No. _____

                                        Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Schwabe Williamson & Wyatt PC**<br>**1211 SW Fifth Ave #1900**<br>**Portland, OR 97204** | **Dennis Ostgard**<br>**Schwabe Williamson & Wyatt PC**<br>**1211 SW Fifth Ave #1900**<br>**Portland, OR 97204**<br>**206-622-1711** | **Professional services** | | **291,569.05** |
| **Berk & Associates Inc.**<br>**120 Lakeside Ave #120**<br>**Seattle, WA 98122** | **Michael Hodgins**<br>**Berk & Associates Inc.**<br>**120 Lakeridge Ave #120**<br>**Seattle, WA 98122**<br>**206-324-8760** | **Consulting services** | | **39,901.00** |
| **CH May Realty Advisors LLC**<br>**5600 N River Road #800**<br>**Rosemont, IL 60018** | **Charles May**<br>**CH May Realty Advisors LLC**<br>**5600 N River Road #800**<br>**Rosemont, IL 60018**<br>**847-993-3190** | **Consulting services** | | **23,479.64** |
| **Hatton Godat Pantier**<br>**1840 Barnes Blvd SW**<br>**Tumwater, WA 98512** | **Jeff Pantier**<br>**Hatton Godat Pantier**<br>**1840 Barnes Blvd SW**<br>**Tumwater, WA 98512**<br>**360-943-1599** | **Engineering service** | | **14,395.00** |
| **Shea Carr Jewel Inc.**<br>**Building H**<br>**2102 Carriage Drive SW**<br>**Olympia, WA 98502** | **Perry Shea**<br>**Shea Carr Jewel Inc.**<br>**2102 Carriage Drive SW Bldg H**<br>**Olympia, WA 98502**<br>**360-352-1465** | **Land development and transportation planning services** | | **7,671.00** |
| **Ditlevson Rodgers Dixon PS**<br>**324 West Bay Drive NW #201**<br>**Olympia, WA 98502** | **Richard Ditlevson**<br>**Ditlevson Rodgers Dixon PS**<br>**324 West Bay Drive NW #201**<br>**Olympia, WA 98502**<br>**360-352-8311** | **Professional services** | | **1,126.50** |
| | | | | |
| | | | | |
| | | | | |

In re   __Hawks Prairie Investment LLC__                        Case No. _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Manger of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   __April 29, 2010__               Signature   __/s/ Tri M. Vo_____

                                                     **Tri M. Vo**

                                                       **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re   **Hawks Prairie Investment LLC**
                                  Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, Tri M. Vo, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 29, 2010**

**/s/ Tri M. Vo**

**Tri M. Vo**/**Manager**
Signer/Title

BERK & ASSOCIATES INC.
120 LAKESIDE AVE #120
SEATTLE, WA 98122


CH MAY REALTY ADVISORS LLC
5600 N RIVER ROAD #800
ROSEMONT, IL 60018


CITY OF LACEY
420 COLLEGE STREET SE
PO BOX 3400
LACEY, WA 98509


DEPT OF LABOR & IND
THIRD FLOOR LEGAL
PO BOX 44170
OLYMPIA, WA 98504-4170


DEPT OF REVENUE
ATTN: BANKRUPTCY/CLAIMS UNIT
2101 4TH AVENUE, #1400
SEATTLE, WA 98121-2300


DITLEVSON RODGERS DIXON PS
324 WEST BAY DRIVE NW #201
OLYMPIA, WA 98502


EMPLOYMENT SECURITY DEPT
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


GBS II INVESTMENT, LLC
1500 79TH AVE SE
OLYMPIA, WA 98501


HATTON GODAT PANTIER
1840 BARNES BLVD SW
TUMWATER, WA 98512


HOMESTREET BANK
720 LILLY RD SE
OLYMPIA, WA 98501

```
HOMESTREET BANK
C/O JULIE B HAMILTON
HILLIS CLARK MARTIN & PETERSON
1221 SECOND AVE #500
SEATTLE, WA 98101


HOWARD TALBITZER & TONY GLAVIN
C/O TALBITZER CONSTRUCTION
3400 SE 196TH AVE #100
CAMAS, WA 98607


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 21126
PHILADELPHIA, PA 19114-0326


J. SCOTT GRIFFIN, JR.
6820 20TH STREET E, SUITE A
TACOMA, WA 98424


OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVENUE #2000
SEATTLE, WA 98104


PACIFIC INVESTMENT GROUP, LLC
1500 79TH AVE SE
OLYMPIA, WA 98501


SCHWABE WILLIAMSON & WYATT PC
1211 SW FIFTH AVE #1900
PORTLAND, OR 97204


SHEA CARR JEWEL INC.
BUILDING H
2102 CARRIAGE DRIVE SW
OLYMPIA, WA 98502


THURSTON COUNTY TREASURER
2000 LAKERIDGE DR SW
OLYMPIA, WA 98502


TRI M VO AND KIM TRINH
5047 COOPER POINT RD NW
OLYMPIA, WA 98502
```

TRIWAY ENTERPRISES I CORP
1500 79TH AVE SE
OLYMPIA, WA 98501