# Hawks Prairie/Lacey Gateway Development Site
## Lacey, Washington



as of March 25, 2010