UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In Re:

HAWKS PRAIRIE INVESTMENT, LLC

                              Debtor.

Case No. 10-46635-BDL

DECLARATION OF APPRAISER IN SUPPORT OF MOTION FOR RELIEF FROM STAY

Andrew T. Robinson, under penalty perjury states:

1. I am a state certified appraiser with GVA Kidder Mathews Valuation Advisory Services. I hold an MAI designation.

2. At the request of HomeStreet Bank, we performed an appraisal of the fair market value of the property known as Hawks Prairie/Lacey Gateway on April 2, 2010 more fully described in the report of that date. The report is attached as **Exhibit A**.

3. On August 31, 2010 we provided a supplemental appraisal of fair market value in which we incorporated the impact on value given the prospect of receipt of funds under the State Re-vitalization Fund.

DECLARATION OF APPRAISER IN SUPPORT OF
MOTION FOR RELIEF FROM STAY - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51100519.1

4. The valuation dated August 31, 2010 is self explanatory and is attached hereto as **Exhibit B**.

DATED this 6th day of October, 2010.

s/Andrew T. Robinson

Andrew T. Robinson, MAI

DECLARATION OF APPRAISER IN SUPPORT OF
MOTION FOR RELIEF FROM STAY - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51100519.1