The Honorable Brian D. Lynch
Chapter 11

Hearing Date:     May 25, 2011
Hearing Time:     9:00 a.m.
Hearing Place:    Courtroom I (Tacoma)
Response Date:    May 18, 2011

Arnold M. Willig
HACKER & WILLIG, INC., P.S.
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Tel. (206) 340-1935

**Attorneys for Debtor**
**Hawks Prairie Investment, LLC.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| In re: | No. 10-46635-BDL |
|---|---|
| HAWKS PRAIRIE INVESTMENT, LLC, | **NOTICE OF PRESENTATION OF ORDER CONFIRMING DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION** |
| Debtor. | |

TO:          CLERK OF THE COURT;
AND TO:   Marjorie S. Raleigh, Attorney for U.S. Trustee;
AND TO:   Dillon E. Jackson and Foster Pepper PLLC, attorneys for Creditor HomeStreet Bank;
AND TO:   Thomas W. Stilley and Sussman Shank LLC, attorneys for Howard Talbitzer;
AND TO:   Jean M. McCoy and Landerhold Memovich Lansverk & Whiteside, attorneys for Creditors Howard Talbitzer and Anthony Glavin;
AND TO:   Timothy J. Dack, attorney for Creditors Christine Philbrook and John Philbrook.

   PLEASE TAKE NOTICE that on May 25, 2011 at 9:00 a.m. an order confirming

Debtor's amended plan of reorganization will be presented in the form attached as Exhibit "A,"

NOTICE OF PRESENTATION
OF ORDER - 1

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Telephone (206) 340-1935

before the Honorable Brian D. Lynch in the United States Bankruptcy Court for the Western District of Washington at Tacoma, 1717 Pacific Avenue, Courtroom I, Tacoma, Washington 98402.

If you oppose entry of the order, you must file your written objection with the Court Clerk and deliver copies thereof to the judge and the undersigned counsel not later than **Wednesday, May 18, 2011**.

DATED this 9th day of May, 2011.

    Respectfully submitted,

    HACKER & WILLIG, INC., P.S.


    */s/ Elizabeth H. Shea*
    Arnold M. Willig, WSBA #20104
    Elizabeth H. Shea, WSBA #27189
    Attorneys for Debtor

**NOTICE OF PRESENTATION OF ORDER - 2**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Telephone (206) 340-1935